IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN RAWSHIELD HILL,

    Plaintiff,

v.                                                                                                 4:16cv309–WS/GRJ

JARVIS BRYANT, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 60) docketed June 28, 2017. The magistrate judge recommends Defendants' motion for summary judgment (doc. 37) be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 60) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (doc. 37) is GRANTED.

3. All other pending motions are denied.

4. The clerk shall enter judgment stating: "All claims against all defendants are DISMISSED." The clerk shall close the case.

DONE AND ORDERED this __18th__ day of __August__, 2017.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE